


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 197 MISC

Lee Charles Cooper - #053337

_____/

### ORDER TO SHOW CAUSE

It appearing that Lee Charles Cooper has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective July 17, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before September 10, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Lee Charles Cooper
45 Embarcadero Cove
Oakland, CA 94606