FILED

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80197 MISC VRW

Lee Christopher Cooper,
                                     ORDER
    State Bar No 053337
_____/

        On August 10, 2010, the court issued an order to show cause (OSC) why Lee Christopher Cooper should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective July 17, 2010.

        The OSC was mailed to Mr Cooper's address of record with the State Bar on August 10, 2010, and was returned as refused. A written response was due on or before September 10, 2010. No response to the OSC has been filed as of this date.

        The court now orders Lee Christopher Cooper removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Lee Charles Cooper

_____/

Case Number: CV10-80197   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Charles Cooper
45 Embarcadero Cove
Oakland, CA 94606

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*